# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **JESSICA D. DOUBLEDAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:13-cv-00524** |
| | ) | |
| v. | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Frensley** |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Plaintiff Jessica A. Doubleday's Motion for Judgment Based Upon the Administrative Record ("Motion"). (Doc. No. 15.) Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 19.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be denied and the decision of the Commissioner be affirmed. (Doc. No. 29 at p. 1.) The Report was filed on September 12, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.* at p. 40.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 14th day of October, 2016.

 JOHN T. NIXON, SENIOR JUDGE
 UNITED STATES DISTRICT COURT